**FILED**

April 26, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____DT_____
Deputy

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | **Case No: EP:23-CR-00770-KC** |
| § | |
| **Plaintiff,** § | **I N D I C T M E N T** |
| § | |
| **v.** § | **CT 1:** 18 U.S.C. § 933(a)(1) – Firearms Trafficking |
| § | |
| **JONATHAN CASTELO,** § | |
| § | *Notice of Government's Demand for Forfeiture* |
| **Defendant.** § | |
| § | |

THE GRAND JURY CHARGES:

### COUNT ONE
### (18 U.S.C. § 933(a)(1), (a)(3) and (b))

Beginning on or about March 15, 2023, and continuing to on or about March 29, 2023, in the Western District of Texas, Defendant,

### JONATHAN CASTELO,

did knowingly conspire and agree with persons known and unknown to the grand jury to ship, transport, transfer, cause to be transported, and otherwise dispose of one and more firearms, including, but not limited to, a Taurus G2C .40 caliber handgun, and ammunition to another person in or otherwise affecting interstate or foreign commerce, knowing, or having reasonable cause to believe that the use, carrying, possession, or receipt of the firearm by the recipient would constitute a felony (as defined in section 932(a)), all in violation of Title 18, United States Code, Section 933 (a)(1), (a)(3) and (b).

### NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
### [*See* Fed. R. Crim. P. 32.2]

### I.
### Firearm Violations and Forfeiture Statutes
### [Title 18 U.S.C. §§ 933(a)(1), (a)(3) and (b), subject to forfeiture

**pursuant to Title 18 U.S.C. §§ 934(a)(1)(A) and (B)]**

As a result of the foregoing criminal violation set forth in Count One, the United States of America gives notice to Defendant **JONATHAN CASTELO** of its intent to seek the forfeiture of the property described below upon conviction pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. §§ 934(a)(1)(A) and (B).   Section 934 states, in pertinent part, the following:

> **Title 18 U.S.C. § 934.**
> **(a) Forfeiture.—**
> **(1) In general.**—Any person convicted of a violation of section 932 or 933 shall forfeit to the United States, irrespective of any provision of State law—
>> **(A)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and
>> **(B)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, except that for any forfeiture of any firearm or ammunition pursuant to this section, section 924(d) shall apply.

This Notice of Demand for Forfeiture includes but is not limited to the properties described in Paragraphs II.

## II.
## Properties

1. Taurus G2C .40 caliber pistol, SN: AEB083040;
2. 100 rounds of .40 caliber ammunition; and
3. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses.

A TRUE BILL.



FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
    Assistant U.S. Attorney